UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Steven C. Mannion, U.S.M.J. |
| : | Mag. No. 14-6013 |
| v. : | |
| : | **ORDER FOR CONTINUANCE** |
| BRANDON MCINTYRE : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jillian J. Reyes, Special Assistant U.S. Attorney), and Defendant Brandon McIntyre (by Lisa Mack, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the Defendant through his attorney having consented to the continuance, and 2 prior continuances having been granted by the Court; for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1. Defendant has consented to the aforementioned continuance;

2. The grant of a continuance will likely conserve judicial resources; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh

the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this __7__ day of January, 2015,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from the date this Order is signed through and including March 12, 2015;

**IT IS FURTHER ORDERED** that the period from the date this Order is signed through and including March 12, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE

14-6013

Consented and Agreed By

_____
Lisa Mack
Assistant Federal Public Defender
Counsel for Defendant

_____
Jillian J. Reyes
Special Assistant United States Attorney

_____
Jennifer Davenport
Deputy Chief, General Crimes Unit